IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RYAN SCOTT WEST                                                                                    PLAINTIFF

      v.                              Civil No. 14-5200

SHERIFF TIM HELDER; CORPORAL
BRIAN ROY; CORPORAL DANIEL HOLLIDAY;
CORPORAL JESSIE SORRELL;
OFFICER DONTE MCGAUGH;
OFFICER CHRIS FIELDS; OFFICER
C.J. MITCHELL; OFFICER AARON
SMITH; CORPORAL THOMAS MULVANEY;
OFFICER LYLE NORRIS; OFFICER
ANDREW GRAHAM; OFFICER LEON
TUCKER; and OFFICER ADAM BROWN                                                    DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. The Plaintiff proceeds *pro se* and *in forma pauperis.*

Plaintiff has not communicated with the Court since he filed his amended complaint (Doc. 25) on August 22, 2014. He did not respond to the Court's Order (Doc. 31) entered on February 11, 2015, asking him to return a notice acknowledging receipt of the Defendants' summary judgment motion.

On July 2, 2015, an Order was entered directing the Plaintiff to communicate with the Court. Plaintiff was given until July 13, 2015, to advise the Court whether he intends to pursue this case. Plaintiff was advised that failure to respond to the Order could result in the dismissal of the case.

Plaintiff has not responded to the Order. He has not communicated with the Court in anyway. The Order was not returned as undeliverable.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure

to obey the Orders of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of July, 2015.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE