IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RYAN SCOTT WEST                                                              PLAINTIFF

V.                              CASE NO.: 5:14-CV-5200

SHERIFF TIM HELDER; CORPORAL BRIAN ROY;
CORPORAL DANIEL HOLLIDAY; CORPORAL JESSIE
SORRELL; OFFICER DONTE MCGAUGH; OFFICER
CHRIS FIELDS; OFFICER C.J. MITCHELL; OFFICER AARON
SMITH; CORPORAL THOMAS MULVANEY; OFFICER
LYLE NORRIS; OFFICER ANDREW GRAHAM; OFFICER LEON
TUCKER; and OFFICER ADAM BROWN                                               DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 41) filed in this case on July 15, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED** with the following modification: Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to obey a Court Order (Doc. 40) and for failure to prosecute. All other pending motions are **DENIED AS MOOT**.

IT IS SO ORDERED on this 6th day of August, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE